# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No.   3:16-cv-633-J-39JRK

817,426.12 SEIZED FROM BANCORP
BANK ACCOUNT XXXXXX0651, et al,

      Defendants.

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05
## AND GUIDELINES FOR FILING OF CASE MANAGEMENT REPORT

In accordance with Local Rule 3.05, this action is designated as a Track <u>One</u> Case. Plaintiff is responsible for serving a copy of this notice and any attachments upon all other parties. All parties must meet the requirements established in Local Rule 3.05 for cases designated on this track.

The Court typically schedules these cases differently than the routine civil case because they are more in the nature of a review of the administrative record, requiring little or no additional discovery. All parties must send courtesy copies to chambers of all filings that exceed 25 pages, inclusive of exhibits, regardless of whether the filing is done electronically or in paper.

Pursuant to Local Rule 3.05, the parties should conduct a case management conference (either in person or by telephone) no later than 60 days after service or appearance of any defendant. The parties should file the attached Joint Case Management Report advising the Court how the parties envision the case proceeding within 14 days of the case management conference. If there is disagreement between the parties, any disagreement should be noted and the Court will likely set the case for a status hearing.

The parties are invited to consider assumption of responsibility for this case by the assigned Magistrate Judge.  Attached to filing party's copy of this Notice for such purpose is a self-explanatory Consent form.   Note that the form is to be filed **ONLY** if agreed to and signed by <u>all</u> parties on a single form

Date: May 25, 2016                                    SHERYL L. LOESCH, CLERK
                                                                     By:   s/    AP
                                                                          Deputy Clerk

[Track 1 updated 7/17/2013]

      \_\_\_Copies to plaintiff(s) or filing party
Attachments to filing party copy:
    \_\_\_Case Management Report form
    \_\_\_AO 85 Consent to Magistrate Judge Jurisdiction form

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No.   3:16-cv-633-J-39JRK

817,426.12 SEIZED FROM BANCORP
BANK ACCOUNT XXXXXX0651, et al,

    Defendants.

_____

**CASE MANAGEMENT REPORT**

This Case Management Report shall be used in track one cases before the Honorable Brian J. Davis, United States District Judge.  Based on this Report and availability on the Court's calendar, the Court will issue a binding Case Management and Scheduling Order.

1.    **Meeting of Parties**:   Pursuant to Local Rule 3.05(c)(2)(B) or (c)(3)(A), a telephone or in-person conference was held on _____ (date) between:

| Name | Counsel for (if applicable) |
|---|---|
| | |
| | |
| | |
| | |

2.    **Preliminary Pretrial Conference**:   Parties (check one) [__] request    [__] do not request a preliminary pretrial conference before entry of a Case Management and Scheduling Order in this Track One case.   Unresolved issues to be addressed at such a conference include _____

3.    **Case Plan**:

    A.   Date by which defendant will provide the administrative record to plaintiff:
    _____

    B.    Requested date by which dispositive motions or cross-briefs should be filed:

    _____

    C.    Requested date by which responses to dispositive motions or briefs should be filed:

    _____

    D.    Should the case be decided on the administrative record and briefs of the parties, or will a trial be required to resolve the case?   (check one) [__] record and cross-briefs [__] non-jury trial:

    Explanation:_____

    _____

    _____

    E.    Any requests for Special Consideration or Handling (requests can be joint or unilateral):

    _____

    _____

4. Requested date for trial or for oral argument in the event the Court decides to conduct a hearing.

    _____.

    Trial is expected to take approximately _____ days.

5. **Mediation:**
The Court typically refers all cases to court annexed mediation as detailed in Chapter Nine of the Court's Local Rules.  The order of referral to mediation described in Local Rule 9.04 should be entered by the Court directing that mediation occur on or before _____ (designating _____ to serve as mediator. (A list of certified mediators is available from the Clerk's Office and on the Court's website.   If the parties do not so designate, the Court will designate the mediator and the deadline for mediation).

6. Do parties agree to consent to trial presided over by United States Magistrate Judge? (check one) [__]yes   [__] no

*If yes, the parties shall complete and all counsel and/or unrepresented parties shall execute on the Form AO-85 attached hereto (through the portion for "Consent" – all signatures together on one form); submit the same to the Clerk, and the Court will promptly thereafter enter the "Order of Reference" portion and file the same in the record hereof.*

Date: _____

Signatures of Counsel (with information required by Local Rule 1.05(d)) and Signature of any unrepresented party:

_____

_____

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:16-cv-633-J-39JRK |
| 817,426.12 SEIZED FROM BANCORP BANK ACCOUNT XXXXXX0651, et al. | ) | |
| *Defendants* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.   Do not return this form to a judge.